■ The People of the State of New York, Respondent, v Ariel H., Appellant. [851 NYS2d 897]—Judgment, Supreme Court, New York County (Michael Corriero, J.), rendered on or about June 1, 2005, unanimously affirmed. No opinion. Order

filed. Concur—Mazzarelli, J.P., Williams, Sweeny, Catterson and Moskowitz, JJ.